IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:18-cv-774 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM E. PHILLIPS, III; | ) | |
| MICHELLE V. PHILLIPS, a/k/a S. VELAYO | ) | |
| and MICHELLE PHILLIPS; | ) | |
| 245 GYPSY, LLC; and | ) | |
| MAHONING COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## COMPLAINT

The United States of America, pursuant to 26 U.S.C. §§ 7401, 7402, and 7403, with the authorization of a delegate of the Secretary of the Treasury and at the direction of a delegate of the Attorney General of the United States, brings this civil action to reduce to judgment certain unpaid federal tax liabilities of William E. Phillips, III, and to enforce federal tax liens on a parcel of real property, identified below.  In support of this action, the United States alleges as follows:

### Jurisdiction, Venue, Parties, and Property

1.      Jurisdiction over this action is conferred upon this Court under 28 U.S.C. §§ 1331, 1340, and 1345, and 26 U.S.C. §§ 7402 and 7403.

2.      Venue is proper under 28 U.S.C. §§ 1391(b) and 1396, because Defendant William E. Phillips, III ("Phillips"), resides within the judicial district, the Property lies within the judicial district, and the tax liabilities at issue arose within the judicial district.

3.      Plaintiff is the United States of America.

4.  Defendant Phillips resides in Youngstown, Ohio, within the jurisdiction of this Court.

5.  Defendant Michelle V. Phillips, also known as S. Velayo and Michelle Phillips, is named as a defendant pursuant to 26 U.S.C. § 7403(b) because she may claim an interest in the Property.

6.  Defendant 245 Gypsy, LLC, a sham corporation, is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Property. On information and belief, Phillips is the sole member of 245 Gypsy, LLC.

7.  Defendant Mahoning County is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Property.

8.  The real property that is the subject of this action is located at 245 Gypsy Lane, Youngstown, Ohio 44504-1857 (the "Property"), within the jurisdiction of this Court, and is legally described as follows:

> Situated in the City of Youngstown, County of Mahoning, and State of Ohio:
>
> And Known as City Lot 38897 according to the latest enumeration of lots in said City, as shown by the recorded plat of said Subdivision in Volume 20 of Maps, Page 82, Mahoning County Records.
>
> Parcel No. 530140091000

9.  On May 2, 2008, at Volume 5755, Page 528, the Mahoning County Recorder recorded a general warranty deed reflecting the transfer of the Property from Elizabeth E. Gurley to Phillips.

### The Fraudulent Scheme and Refund, and Subsequent Criminal Case

#### A. *The Fraudulent Scheme*

10.  Phillips, along with his co-conspirators Steven Hinz, Heather English, and

Patricia Polk, engaged in a scheme ("OID scheme") to defraud the United States via the tax system.

11.     Hinz and English concocted a scheme to claim large income tax refunds for taxpayers based on fraudulent documents.  They falsified Forms 1099-OID, Original Issue Discount, to make it appear that financial institutions or other entities had withheld large amounts of federal income tax from investment income on behalf of taxpayers.  In fact, that investment income did not exist, the withholding had not occurred, and the identified entity (if it existed) had not issued a Form 1099-OID to the taxpayer seeking a refund.  Hinz and English then prepared and filed with the Internal Revenue Service ("IRS") false federal income tax returns based on the fictitious withholding, which claimed large refunds to which the taxpayers were not entitled.  *See* Indictment, *United States v. Steven R. Hinz et al.*, Case No. 4:11-cr-00586-PAG, Dkt. No. 1, at ¶¶ 9-25 (N.D. Ohio Dec. 14, 2011).

12.     On or about March 12, 2009, Phillips filed his 2008 tax return with the IRS, in which he fraudulently claimed withholding credits of $232,776 and fraudulently claimed entitlement to a refund of $95,511, based on the OID scheme described above.

13.     On or about March 27, 2009, Phillips received from the IRS an income tax refund of $85,209 via direct deposit into his business checking account.  The next day, he issued checks totaling twenty percent of this refund to Hinz and English.

14.     On or about April 3, 2009, Phillips withdrew $65,000 from his checking account.

**B.  Phillips's Transfer of Record Title to the Property Out of His Name**

15.     On February 11, 2009, or approximately one month before filing his false 2008 tax return, Phillips purported to transfer record title to the Property to an entity called 245 Gypsy, LLC, by quitclaim deed recorded at Volume 5791, Page 857, with the Mahoning County

Recorder.

16.     The entity 245 Gypsy, LLC, was incorporated by Hinz on August 4, 2008, as a domestic corporation with the Ohio Secretary of State.  Hinz was, and remains, listed as the registered agent for 245 Gypsy, LLC.

17.     On information and belief, Phillips is the sole member of 245 Gypsy, LLC, which is a sham corporation created to avoid tax liability.

18.     The quitclaim deed recorded with the Mahoning County Recorder lists 245 Gypsy, LLC's address as the Property's address.  The quitclaim deed was signed by Phillips and also by one "S Velayo AKA Michelle Phillips."  Patricia Polk notarized the purported deed.

19.     To avoid having to pay a real estate conveyance fee for the quitclaim deed, Phillips completed a Statement of Reason for Exemption from Real Property Conveyance Fee form for the Mahoning County Auditor, supported by an Affidavit In Support of Exempt Transfers.  He and "S. Velayo AKA Michelle Phillips" signed these documents under oath or penalty of perjury.  The Statement of Reason is attached as Exhibit 1, and the Affidavit is attached as Exhibit 2.

20.     On the Statement of Reason form, Phillips indicated that no conveyance fee was required because "the real property is transferred . . . To or from a person when no money or other valuable and tangible consideration readily convertible into money is paid or to be paid for the real estate and the transaction is not a gift[.]"  Phillips also stated on the form that the Property would continue to be his principal residence on January 1 of the next year.

21.     In the supporting affidavit, Phillips wrote that that the "Property is transferred to rid owner of any liabilities and no money was exchanged in the transfer."  He also wrote that "[t]he property is being transferred as exempt solely in order to avoid liability."

22.     After being contacted by the IRS, on April 22, 2009, Phillips filed a UCC Financing Statement with the Mahoning County Recorder that purported to indicate that the Property was collateral for a debt owed to him by 245 Gypsy, LLC.

**C.  *Criminal Prosecution of Phillips and His Co-Conspirators***

23.     Hinz, English, Polk, and Phillips were all indicted in the United States District Court for the Northern District of Ohio for their roles in the OID scheme.  *See United States v. Hinz et al.*, Case No. 4:11-cr-00586-PAG, Dkt. No. 1 (N.D. Ohio Dec. 14, 2011).

24.     For his part in the OID scheme, Phillips pleaded guilty to one count of conspiracy to defraud the United States in violation of 18 U.S.C. § 371.  He was sentenced to twelve months and one day in prison, followed by three years of supervised release.  The Court ordered Phillips to pay the IRS $107,518.00 in restitution.  *See* Amended Judgment in a Criminal Case, *Hinz*, Case No. 4:11-cr-00586, Dkt. No. 128 (N.D. Ohio Feb. 5, 2013).

25.     Based on the Court's order, the IRS made a restitution-based assessment against Phillips of $107,518.00.  This assessment is separate from the tax assessment against Phillips, which is described in more detail below in Count I.

26.     The three other defendants, Hinz, English, and Polk, also pleaded guilty to the counts against them in the criminal indictment.  *See Hinz*, Case No. 4:11-cr-00586, Dkt. Nos. 118, 125, 132.

27.     Hinz was sentenced to 108 months in prison and ordered to pay $544,582.54 in restitution.  *See* Judgment in a Criminal Case, *Hinz*, Case No. 4:11-cr-00586, Dkt. No. 125, at 1-2, 5 (N.D. Ohio Feb. 1, 2013).  He is scheduled to be released from prison in December 2019.

28.     English was sentenced to 30 months in prison and ordered to pay $49,976.44 in restitution.  *See* Amended Judgment in a Criminal Case, *Hinz*, Case No. 4:11-cr-00586, Dkt. No.

- 5 -

132, at 1-2, 5 (N.D. Ohio Feb. 8, 2013).

29.     Polk was sentenced to 21 months in prison and ordered to pay $324,531.00 in

restitution.  *See* Amended Judgment in a Criminal Case, *Hinz*, Case No. 4:11-cr-00586, Dkt. No.

118, at 1-2, 5 (N.D. Ohio Jan. 24, 2013).

### Count I: Reduce Phillips's Unpaid Tax Liabilities to Judgment

30.     On the dates, in the amounts, and for the taxable periods set forth below, a

delegate of the Secretary of the Treasury made assessments against Phillips for federal income

taxes, penalties, and interest, which have balances due after accounting for all payments, credits,

and abatements, and with accruals and costs as of March 23, 2018, as follows:

| Tax Period | Assessment Date | Assessment Type | Assessed Amount | Unpaid Balance as of 03/23/2018 |
|---|---|---|---|---|
| 2008 | 04/06/2009 | Tax | $59,844.00 | $239,961.46 |
| | 04/16/2009 | Tax | $153,839.00 | |
| | 04/16/2009 | Interest | $16.86 | |

31.     On or about the dates of the tax assessments described in paragraph 30, above, a

delegate of the Secretary of the Treasury gave notice of those liabilities to, and demanded

payment of the balance due from, Phillips.

32.     Despite such notice and demand, Phillips has failed, neglected, or refused to pay

the federal income tax liabilities set forth above in full and, after taking into account all

abatements, payments, credits, costs, and accruals, Phillips remains liable to the United States for

the unpaid balance due for his federal income tax liabilities in the amount of $239,961.46, plus

interest and other statutory additions from and after March 23, 2018.

### Count II: Enforce Federal Tax Liens Against The Property

33.     The United States incorporates all previous paragraphs as if fully set forth herein.

34.     Pursuant to 26 U.S.C. §§ 6321 and 6322, on the dates of the assessments set forth

in paragraph 30, above, federal tax liens arose in favor of the United States, in an amount equal to the unpaid assessments, plus statutory accruals, upon all property and rights to property belonging to Phillips, including the Property.

35.     On May 11, 2009, in accordance with 26 U.S.C. § 6323(f), the IRS filed with the Mahoning County Recorder a Notice of Federal Tax Lien for Phillips's unpaid income tax liabilities for the tax period ending December 31, 2008.

36.     On May 15, 2009, in accordance with 26 U.S.C. § 6323(f), the IRS filed with the Mahoning County Recorder a Notice of Federal Tax Lien against 245 Gypsy, LLC as nominee, transferee, fraudulent conveyee and/or alter ego of Phillips for Phillips's unpaid income tax liabilities for the tax period ending December 31, 2008.

37.     On February 10, 2014, in accordance with 26 U.S.C. § 6323(f), the IRS filed with the Mahoning County Recorder a second Notice of Federal Tax Lien for Phillips's unpaid income tax liabilities for the tax period ending December 31, 2008.

38.     Phillips has resided in and exercised dominion and control over the Property, treated it as if it belongs to him, and has enjoyed the benefits and shouldered the burdens of ownership of the Property, at all times after May 2, 2008.

39.     When the federal tax liens arose, the liens attached to the Property because 245 Gypsy, LLC, held record title to the Property as Phillips's nominee or alter ego.  245 Gypsy, LLC, did not give any consideration in exchange for record ownership of the Property.  There is a close relationship between Phillips and 245 Gypsy, LLC, because he is the sole member of 245 Gypsy, LLC, and the quitclaim deed lists 245 Gypsy, LLC's address as the same as his address. Phillips has admitted under oath or penalty of perjury that he transferred record title to the Property to 245 Gypsy, LLC, to "avoid liability."  Specifically, Phillips transferred the record

title in anticipation of incurring a federal income tax liability via the fraudulent return he filed just one month after the purported transfer.

40.     Alternatively, the purported transfer of the Property from Phillips to 245 Gypsy, LLC, was a fraudulent transfer under Ohio law, which should be avoided in favor of the United States, a creditor of Phillips.  The transfer was made with actual intent to hinder, delay, or defraud the United States as a creditor of Phillips, within the meaning of Ohio Rev. Code Ann. § 1336.04.  Phillips has admitted this fraudulent intent by swearing under oath or penalty of perjury that the transfer was "to rid owner of any liabilities" and to "avoid liability."

41.     The transfer also was a fraudulent transfer under Ohio law because it was made without receiving a reasonably equivalent value in exchange, and Phillips intended to incur, or believed or reasonably should have believed that he would incur, debts beyond his ability to pay as they came due.

42.     Facts evidencing Phillips's actual intent to hinder, delay, or defraud the United States include:

    A.  Phillips admitted that the transfer was "to rid owner of any liabilities" and to "avoid liability."

    B.  The transfer was to an insider, a sham corporation over which Phillips had and has control.

    C.  Phillips retained possession and control of the Property after the transfer.

    D.  The transfer was of substantially all of Phillips's assets.

    E.  The transfer concealed or obscured Phillips's ownership of the Property.

    F.  Phillips did not receive consideration that was reasonably equivalent to the value of the Property.  He received no consideration at all.

- 8 -

G. Phillips was or became insolvent shortly after the transfer was made.

H. Phillips made the transfer shortly before incurring a substantial tax liability to the United States.

43. Pursuant to Ohio Rev. Code §§ 1336.04(A)(1)-(2) and 1336.07(A)(1), the United States is entitled to avoid the purported transfer of record title described in paragraph 15.

44. Pursuant to 26 U.S.C. § 7403, the United States is entitled to enforce its liens upon the Property, to have the Property sold at a judicial sale free and clear of all rights, titles, claims, and interests of the parties, including any rights of redemption, and to have the proceeds distributed, after the payment of the costs of sale and any real estate taxes due and owing, as permitted by 26 U.S.C. § 6323(b)(6), to the United States or as otherwise determined by the Court.

WHEREFORE, the plaintiff United States of America requests that this Court:

A. Enter judgment in favor of plaintiff United States of America and against defendant William E. Phillips, III, for unpaid income tax liabilities for the tax year 2008, in the amount of $239,961.46, plus statutory interest and other additions according to law from and after March 23, 2018, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c);

B. Determine that the transfer described above in paragraph 15 is void or voidable, that William E. Phillips, III, has owned the Property since May 2, 2008, and that the federal tax liens described above in paragraphs 34 to 37 attach to the Property;

C. Enforce the federal tax liens and order the entire Property sold, free and clear of all rights, title, liens, claims, and interests of the parties, including any rights of redemption, and distribute the proceeds, after payment of the costs of sale and any real estate taxes due and owing

under 26 U.S.C. § 6323(b)(6), to the United States of America, or as otherwise determined by the Court;

D.       Determine that any failure by any defendant named as a party pursuant to 26 U.S.C. § 7403(b), other than any governmental entity holding a lien securing unpaid real property tax under 26 U.S.C. § 6323(b)(6), to timely plead a right, title, claim, or interest in the Property shall result in a default being entered against that party and a default judgment holding that said party has no right, title, claim, lien, or other interest in the Property; and

E.       Award the United States of America such further relief, including the costs of this action, that the Court deems just and proper.

Dated: April 5, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

*/s/ Lauren E. Hume*
LAUREN E. HUME
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-307-2279 (v)
202-514-5238 (f)
Lauren.E.Hume@usdoj.gov

EXHIBIT 1

DTE FORM 100(EX)
Revised 1/2/98

## STATEMENT OF REASON FOR EXEMPTION FROM REAL PROPERTY CONVEYANCE FEE

Revised Code Sections 319.202 and 319.54 (F) (3)

Dayton Legal Blank, Inc., Form No. 16059 (2pt)

**TYPE OR PRINT ALL INFORMATION**

**FOR COUNTY AUDITOR'S USE ONLY**

| | | | Date 2/11/09 | Co. No. | Number 573 |
|---|---|---|---|---|---|
| Instr. | Tax Dist. No. | Tax List | Land | Bldg. | Tot. |

D.T.E. CODE NO. _____ ☐ Split/New Plat  Remarks: _____

Property Located in __YOUNGSTOWN  OHIO_____ Taxing District

Name of Tax Duplicate_____ Tax Duplicate Year_____

Acct. or Permanent Parcel No. __53-014-0-091.0.00__ Map Book_____ Page_____

Description:
## LOT NO. 38897

---

### FOLLOWING MUST BE COMPLETED BY GRANTEE OR HIS REPRESENTATIVE

1. Grantor's Name __William E Phillps & Michelle V Phillps__ Phone Number __330-743-900i__
2. Grantee's Name __295 GYPSY LLC__ Phone Number __330-743-900i__
   Grantee's Address __295 GYPSY LANE YOUNGSTOWN, OHIO 44509__
3. Address of Property __295 GYPSY LANE, YOUNGSTOWN, OHIO 44504__
4. Tax Billing Address __295 GYPSY LANE, YOUNGSTOWN, OHIO 44504__
5. No Conveyance fees shall be charged because the real property is transferred:
   ____(a) To or from the United States, this state, or any instrumentality, agency, or political subdivision of the United States or this state;
   ____(b) Solely in order to provide or release security for a debt or obligation;
   ____(c) To confirm or correct a deed previously executed and recorded;
   ____(d) To evidence a gift, in any form, between husband and wife, or parent and child or the spouse of either;
   ____(e) On sale for delinquent taxes or assessments;
   ____(f) Pursuant to court order, to the extent that such transfer is not the result of a sale effected or completed pursuant such order;
   ____(g) Pursuant to a reorganization of corporations or unincorporated associations or pursuant to the dissolution of a corporation, to the extent that the corporation conveys the property to a stockholder as a distribution in kind of the corporation's assets in exchange for the stockholder's shares in the dissolved corporation;
   ____(h) By a subsidiary corporation to its parent corporation for no consideration, nominal consideration, or in sole consideration of the cancellation or surrender of the subsidiary's stock;
   ____(i) By lease, whether or not it extends to mineral or mineral rights, unless the lease is for a term of years renewable forever;
   ____(j) When the value of the real property or interest in real property conveyed does not exceed one hundred dollars;
   ____(k) Of an occupied residential property being transferred to the builder of a new residence when the former residence is traded as part of the consideration for the new residence;
   ____(l) To a grantee other than a dealer in real property, solely for the purpose of and as a step in, its prompt sale to others;
   _X__(m) To or from a person when no money or other valuable and tangible consideration readily convertible into money is paid or to be paid for the real estate and the transaction is not a gift;
   ____(n) To an heir or devisee, between spouses or to a surviving spouse, from a person to himself and others, to a surviving tenant, or on the death of a registered owner;
   ____(o) To a trustee acting on behalf of minor children of the deceased;
   ____(p) Of an easement or right-of-way when the value of the interest conveyed does not exceed one thousand dollars;
   ____(q) Of property sold to a surviving spouse pursuant to section 2106.16 of the Revised Code;
   ____(r) To or from an organization exempt from federal income taxation under section 501(c)(3) of the Inte such transfer is without consideration and is in furtherance of the charitable or public purpose of
   ____(s) Among the heirs at law or devisees, including a surviving spouse of a common decedent, when no c or to be paid for the real property;
   ____(t) To a trustee of a trust, when the grantor of the trust has reserved an unlimited power to revoke the t
   ____(u) To the grantor of a trust by a trustee of the trust, when the transfer is made to the grantor pursuant t power to revoke the trust or to withdraw trust assets;
   ____(v) To the beneficiaries of a trust if the fee was paid on the transfer from the grantor of the trust to t provisions that became irrevocable at the death of the grantor;
   ____(w) To a corporation for incorporation into a sports facility constructed pursuant to section 307.696 [30

   *Ex. 5*

6. Has the grantor indicated that this property is entitled to receive the senior citizen, disabled person, or surviving spouse homestead exemption for the preceding or current tax year. ☐ YES ☒ NO. If yes, complete DTE Form 101.

7. Has the grantor indicated that this property is qualified for current agricultural use valuation for the preceding or current tax year? ☐ YES ☒ NO. If yes, complete DTE Form 102.

8. Application For 2 1/2% Reduction (NOTICE: failure to complete this application prohibits the owner from receiving this reduction until another proper and timely application is filed): Will this property be grantee's principal residence by January 1 of next year? ☒ YES ☐ NO. If yes, is the property a multi-unit dwelling? ☐ YES ☒ NO.

I declare under penalties of perjury that this statement has been examined by me and to the best of my knowledge and belief is a true, correct and complete statement.

AKA Michelle Phillips

X __William E Phillps II__  X __2/09/09__
SIGNATURE OF GRANTEE OR REPRESENTATIVE                DATE

AUDITOR'S COPY

## AFFIDAVI~ IN SUPPORT OF EXEMPT T~ANSFERS    EXHIBIT 2

STATE OF OHIO                    :

COUNTY OF MAHONING               :

Now comes ___William E Phillips III___ & Michelle V. Phillip. and after being
(Owner or property / properties to be transferred)

first duly worn, depose and state the property / properties were transferred to

grantor for the following reason: ___PROPERTY   IS   TRANSFERRED___

___TO   RID   OWNER   OF   ANY   LIABILITIES___

___AND   NO   MONEY   WAS   EXCHANGED IN THE TRANSFER___

The property is being transferred as exempt solely in order to _____

___AVOID   LIABILITY___

Pursuant to Revised Code Section 319.202.

Further Affiant Sayeth Naught.

Sworn to and subscribed before me in my presence by WILLIAMEP HILLIPS+ MICHELLE PHILLIPS

on this ___10th___ day of ___February___, 2009.

'atricia Polk, Notary Public
State of Ohio
ission Expires November 5th, 2013

Notary Public

Prepared by: ___WILLIAM E. PHILLIPS___

Address: ___245 GYPSY, YOUNGSTOWN, OH 44509___

Phone #: ___330 - 773-9020___

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **(b)** County of Residence of First Listed Plaintiff _____ <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____ <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF <br> THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
     Plaintiff
- ☐ 2  U.S. Government
     Defendant
- ☐ 3  Federal Question
     *(U.S. Government Not a Party)*
- ☐ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place <br> of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place <br> of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a <br> Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment <br>  & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted <br>  Student Loans <br>  (Excludes Veterans) <br> ☐ 153 Recovery of Overpayment <br>  of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product <br>  Liability <br> ☐ 320 Assault, Libel & <br>  Slander <br> ☐ 330 Federal Employers' <br>  Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product <br>  Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle <br>  Product Liability <br> ☐ 360 Other Personal <br>  Injury <br> ☐ 362 Personal Injury - <br>  Medical Malpractice | **PERSONAL INJURY** <br> ☐ 365 Personal Injury - <br>  Product Liability <br> ☐ 367 Health Care/ <br>  Pharmaceutical <br>  Personal Injury <br>  Product Liability <br> ☐ 368 Asbestos Personal <br>  Injury Product <br>  Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal <br>  Property Damage <br> ☐ 385 Property Damage <br>  Product Liability | ☐ 625 Drug Related Seizure <br>  of Property 21 USC 881 <br> ☐ 690 Other | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal <br>  28 USC 157 <br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 835 Patent - Abbreviated <br>  New Drug Application <br> ☐ 840 Trademark <br> **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) | ☐ 375 False Claims Act <br> ☐ 376 Qui Tam (31 USC <br>  3729(a)) <br> ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and <br>  Corrupt Organizations <br> ☐ 480 Consumer Credit <br> ☐ 490 Cable/Sat TV <br> ☐ 850 Securities/Commodities/ <br>  Exchange <br> ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts <br> ☐ 893 Environmental Matters <br> ☐ 895 Freedom of Information <br>  Act |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☐ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 440 Other Civil Rights <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ <br>  Accommodations <br> ☐ 445 Amer. w/Disabilities - <br>  Employment <br> ☐ 446 Amer. w/Disabilities - <br>  Other <br> ☐ 448 Education | **PRISONER PETITIONS** <br> **Habeas Corpus:** <br> ☐ 463 Alien Detainee <br> ☐ 510 Motions to Vacate <br>  Sentence <br> ☐ 530 General <br> ☐ 535 Death Penalty <br> **Other:** <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - <br>  Conditions of <br>  Confinement | **LABOR** <br> ☐ 710 Fair Labor Standards <br>  Act <br> ☐ 720 Labor/Management <br>  Relations <br> ☐ 740 Railway Labor Act <br> ☐ 751 Family and Medical <br>  Leave Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Employee Retirement <br>  Income Security Act <br> **IMMIGRATION** <br> ☐ 462 Naturalization Application <br> ☐ 465 Other Immigration <br>  Actions | **FEDERAL TAX SUITS** <br> ☐ 870 Taxes (U.S. Plaintiff <br>  or Defendant) <br> ☐ 871 IRS—Third Party <br>  26 USC 7609 | ☐ 896 Arbitration <br> ☐ 899 Administrative Procedure <br>  Act/Review or Appeal of <br>  Agency Decision <br> ☐ 950 Constitutionality of <br>  State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1  Original
     Proceeding
- ☐ 2  Removed from
     State Court
- ☐ 3  Remanded from
     Appellate Court
- ☐ 4  Reinstated or
     Reopened
- ☐ 5  Transferred from
     Another District
     *(specify)*
- ☐ 6  Multidistrict
     Litigation -
     Transfer
- ☐ 8  Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____

Brief description of cause:
_____

## VII. REQUESTED IN
## COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
  UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S)
## IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**I.**     Civil Categories: (Please check  one category only).

1. ☐     General Civil
2. ☐     Administrative Review/Social Security
3. ☐     Habeas Corpus Death Penalty

*If under Title 28, §2255, name the SENTENCING JUDGE: _____

CASE NUMBER: _____

**II.**     **RELATED OR REFILED CASES.**  See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regard for the place of holding court in which the case was refiled.  Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

This action:     is **RELATED** to another **PENDING** civil case     is a **REFILED** case     was **PREVIOUSLY REMANDED**

**If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.**

**III.**     In accordance with Local Civil Rule **3.8**, actions involving counties in the Eastern Division shall be filed at any of  the divisional offices therein.  Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER.  UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

(1)     **Resident defendant.** If the defendant resides in a county within this district, please set forth the name of such county
**COUNTY:**
Corporation **For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.**

(2)     **Non-Resident defendant.** If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.
**COUNTY:**

(3)     **Other Cases**. If no defendant is a resident of this district, or if the defendant is a corporation not having a principle place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.
**COUNTY:**

**IV.**     The Counties in the Northern District of Ohio are divided into divisions as shown below.  After the county is determined in Section **III**, please check the appropriate division.

**EASTERN DIVISION**

☐     **AKRON**          **(Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)**
☐     **CLEVELAND**     **(Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake,**
                                        **Lorain, Medina and Richland)**
☐     **YOUNGSTOWN**     **(Counties: Columbiana, Mahoning and Trumbull)**

**WESTERN DIVISION**

☐     **TOLEDO**          **(Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry,**
                                        **Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca**
                                        **VanWert, Williams, Wood and Wyandot)**

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: